UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TIM FREDRICKSON,**

   Petitioner,

v.                                              **No. 4:25-cv-1051-P**

**WARDEN, FCI SEAGOVILLE**

   Respondent.

## ORDER AND INSTRUCTIONS TO PARTIES

Petitioner, Tim Fredrickson, a federal prisoner proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 and paid the filing fee.

The Court **ORDERS** the parties to comply with the following instructions and the clerk of Court to take the following action:

**SERVICE OF PROCESS**. Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to FED. R. CIV. P. 5(b)(2)(E) and by prior agreement of the Office of the United States Attorney, Northern District of Texas.[1] The clerk of Court shall mail a copy of this order to Petitioner, if pro se, or serve it electronically on his counsel of record.

**RESPONDENT'S ANSWER.** Respondent is directed to file an answer to this petition within <u>60 days</u> of the date of this order. <u>If Respondent believes the petition is wholly barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or the statute of limitations, he may file a preliminary answer asserting any such bar prior to answering on the merits</u>.

---

[1] Such service shall be directed to the attention of the Deputy Civil Chief, United States Attorney's Office, Northern District of Texas, Fort Worth Division. See N.D. Tex. L. Civ. R. 5.1(e).

**PETITIONER'S REPLY.** Petitioner may file a reply within 30 days from the date of service of Respondent's answer, motion, or other pleading.

**BRIEFS.** Briefs, as required or permitted by the provisions of this paragraph, must be submitted on letter-sized paper and must be double spaced. Each argument advanced in the brief, with supporting citations, must clearly specify the specific ground of the motion or numbered paragraph of the pleading it seeks to support or oppose. A copy of any brief must be served by mail on the opposing party or, if the party is represented by counsel, on said counsel, and a certificate reflecting such service must be included in the brief. Briefs are required or permitted as follows:

1. **RESPONDENT'S BRIEF.** Respondent may file any brief that it deems appropriate.

2. **REPLY BRIEF.** A reply brief is not required. However, in any case in which Respondent has filed a brief, a reply brief limited to 10 pages may be filed by Petitioner, should he wish to do so, within 30 days following service of Respondent's brief. A reply must be limited to a reply to Respondent's argument. Under no circumstances will any statement or argument set forth in a reply brief be considered as a part of the pleadings to advance new grounds for relief or to supplement any grounds or supporting facts set out in the petition.

**SO ORDERED** on this **23rd day** of **October 2025.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE