UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TIM FREDRICKSON,**

Petitioner,

v.                                          **No. 4:25-cv-1051-P**

**WARDEN, FCI SEAGOVILLE**

Respondent.

## ORDER DENYING IFP ON APPEAL

Tim Fredrickson has filed a motion for leave to proceed *in forma pauperis* on appeal. In order to qualify so to proceed, a party must show that he is a pauper and that he will raise nonfrivolous issues on appeal. *Jackson v. Dallas Police Dep't*, 811 F.2d 260, 261 (5th Cir. 1986); *Howard v. King*, 707 F.2d 215, 219–20 (5th Cir. 1983). Specifically, pursuant to FED. R. APP. P. 24(a)(1), a party to a district court action who desires to appeal *in forma pauperis* must attach to his motion an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal. Because Petitioner has not provided the necessary information, the motion is **DENIED**.

**SO ORDERED** on this **24th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE